**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hoang Huy Vu, | ) No. CV 10-966-PHX-JAT |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Katrina S. Kane; et al., | ) |
| Defendants. | ) |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1) filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #10) recommending that the Petition be dismissed as moot because Petitioner is no longer in custody.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc.

1  #10) is **ACCEPTED**; accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. #1)
2  is dismissed as moot and the Clerk of the Court shall enter judgment of dismissal, without
3  prejudice.
4      DATED this 30th day of July, 2010.

*James A. Teilborg*
United States District Judge